DORA DIDINSKY, Respondent, v. JOHN OSBORN POLAK, Appellant.— Order, in so far as appealed from, denying motion to vacate notice of examination affirmed, with ten dollars costs and disbursements. Examination to proceed on five days' notice at same place and hour. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

JOSEPH FOLEY, Appellant, v. ZACHARIE MOISAN, Respondent, and CHARLES W. WALZ, Appellant.— Judgment in favor of plaintiff against defendant Walz and in favor of defendant Moisan against plaintiff, and orders denying motions of plaintiff and of defendant Walz for a new trial unanimously affirmed, with costs to plaintiff as against defendant Walz and to defendant Moisan as against plaintiff. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

FOREST BOX AND LUMBER CO., INC., Respondent, v. ISAAC ZARET, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LOUIS GOLDBERG, Respondent, v. FRANK BROWN, Appellant, and WANDA WINKIEL, Defendant, Copartners, Trading under the Firm Name and Style of FRANK BROWN.— Order granting summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GEORGE M. GOULD, Appellant, v. SIDNEY T. BALDWIN, PASQUALE BIANCO and CLARA E. BALDWIN, Copartners Doing Business under the Firm Name and Style of BIANCO & BALDWIN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of MEYER KRAUSHAAR, Appellant, for a Peremptory Mandamus Order against JAMES LOUCHHEIM, Clerk of the Incorporated Village of Lawrence, Respondent.— Order denying motion for peremptory mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MUNICIPAL METALLIC BED MANUFACTURING CORPORATION, Respondent, v. DAVID DOBBS and DOBBS S. LITTMAN, Defendants, and SARAH LITTMAN, Appellant. (Appeal No. 2.) — Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The complaint in this action was dismissed. This stay could be had only by application to the Municipal Court, if an action were there pending (*Tauszig* v. *Tauszig*, 226 App. Div. 759), or in an equity action brought to restrain the prosecution to avoid multiplicity of suits. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

EMANUEL NEWMAN, as Agent of DANDY REALTY CO., INC., Respondent, v. PETER GEORGE, Appellant.— Order of Appellate Term, reversing final order and judgment of the Municipal Court, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.